SEALED ~~SEALED~~

UNSEALED PER ORDER OF COURT
3/11/20



FILED
FEB 1 8 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LORENZO ANTHONY GARCIA, <br><br> Defendant | Case No.: 20MJ0654 <br><br> COMPLAINT FOR VIOLATION OF <br><br> Title 21, U.S.C., Secs. 841(a)(1) & 841(b)(1)(C) – Distribution of Fentanyl Resulting in Death (Felony) <br><br> [FILED UNDER SEAL] |

The undersigned complainant duly sworn states:

### COUNT 1

On or about October 6, 2019, within the Southern District of California, defendant LORENZO ANTHONY GARCIA, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance, which resulted in the death of another person, to wit, J.M.G.M.; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Collin Crouse, Special Agent
Drug Enforcement Administration

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 18TH DAY OF FEBRUARY 2020.

_____
HON. RUTH BERMUDEZ MONTENEGRO
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Lorenzo Anthony GARCIA

**STATEMENT OF FACTS**

I, Special Agent Collin Crouse, of the Drug Enforcement Administration (DEA), declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief. This Statement of Facts is based on my personal knowledge of the investigation along with reports, documents, and other information furnished to me by other DEA agents and other members of law enforcement.

Each morning, J.M.G.M.'s grandfather entered his grandson's room at the grandfather's home and woke him for school. The morning of October 8, 2019 - two days before J.M.G.M.'s 16th birthday – was no different. J.M.G.M.'s grandfather went to J.M.G.M.'s room at approximately 7:05-7:10 a.m. to wake him. J.M.G.M., however, did not respond. Because this was not normal behavior, at approximately 7:20 a.m., J.M.G.M.'s grandfather entered J.M.G.M.'s room and observed that J.M.G.M. was cold to the touch and was not moving. J.M.G.M.'s grandfather suspected that J.M.G.M. was deceased. J.M.G.M.'s grandfather, aided by another family member, turned J.M.G.M. over (from his stomach to his back), noticed blood near his face, and observed that he was not responsive. Medical assistance was called.

El Centro Fire Department responded to the residence and found a nonresponsive juvenile who had obvious signs of lividity and rigor mortis. They pronounced J.M.G.M. deceased at 7:40 a.m.

At approximately 7:48 a.m., the El Centro Police Department (ECPD) responded to the residence in El Centro. J.M.G.M. was located in the bed lying flat on his back. His head was in a northern position and his feet in a southern direction. ECPD noted that he had signs of lividity on his upper torso as if he had previously been lying face down. Just east of his head was a blood saturated blanket molded into the bed as if created by

J.M.G.M.'s head and face. Based on my knowledge, training and experience, I know that the presence of such blood is not uncommon in an overdose scenario.

South of J.M.G.M.'s bed, along the south wall, was a dresser drawer with a TV sitting on top. Near the TV was a five dollar bill rolled into the shape of a makeshift straw; the straw was adjacent to a black Visa card, black knife and a line of a white powdery substance. Near these articles was a clear plastic bag containing additional white powder. From this evidence, ECPD believed that this was likely an overdose situation.

Subsequently, the powder present in J.M.G.M.'s residence was laboratory tested and tested positive for fentanyl. Based on information described below and the fact that the chemist, who examined the powder present in J.M.G.M's room that tested positive for fentanyl, noticed a bluish tint in the powder, agents believe that J.M.G.M. crushed several counterfeit M30 fentanyl pills ("blues") laced with fentanyl that he acquired from GARCIA and ingested the resulting powder shortly before he died.

The toxicology report showed that, in J.M.G.M.'s blood at the time of his death, J.M.G.M.'s fentanyl level was 4.3 ng/mL and his level of norfentanyl (the major metabolite of fentanyl) was 2.2 ng/mL. The only other drug identified in his blood was acetaminophen (an analgesic drug commonly used to treat headaches and often used as an alternative to aspirin) which was measured at less than 0.5 mg/L. Based on the toxicology report and other information, the Coroner has concluded that the cause of J.M.G.M.'s death was fentanyl ingestion.

Subsequent to the suspected overdose death of J.M.G.M, agents of the Drug Enforcement Administration's (DEA) Imperial County District Office (ICDO), in conjunction with the El Centro Police Department, opened an investigation targeting the supply chain which led to the distribution of the then suspected fentanyl to J.M.G.M. Through the investigation, agents have identified Lorenzo Anthony GARCIA (GARCIA) as the source of the fatal dose of fentanyl supplied to J.M.G.M.

On October 28, 2019, A.H. explained to agents that, on Sunday, October 6, 2019, J.M.G.M. called A.H. via Facebook Messenger and asked if A.H. could provide him with

pills. In turn, A.H. reached out to GARCIA to see if GARCIA had any pills that GARCIA could provide to J.M.G.M. GARCIA subsequently provided a photo to A.H. of four round pills contained within a small clear plastic baggie. GARCIA stated that he could sell the four pills to J.M.G.M. for $20. A.H. contacted J.M.G.M. and informed him that GARCIA would meet him near J.M.G.M.'s residence to sell him the pills and that GARCIA would be wearing shorts and had tattoos on his arm. Later, on October 6th, GARCIA confirmed to A.H. that the pills were sold to J.M.G.M. by GARCIA. At the time of the sale, GARCIA was aware that J.M.G.M. was a juvenile high school student.

Investigation has shown that A.H. communicated with GARCIA and J.M.G.M. by text message and via Facebook Messenger. A.H. had known GARCIA for approximately a year. Based on the investigation, GARCIA is believed to be a member of the West Side Centro gang.

On December 12, 2019, A.H. advised agents that R.M. was his best friend and that they both knew GARCIA. A.H. said that he had seen the counterfeit blue M30 pills that were sold to J.M.G.M. though he did not touch them or provide them, himself, to J.M.G.M. Rather, A.H. put J.M.G.M. in touch with GARCIA because A.H. knew that GARCIA could get the counterfeit blue M30 pills for him. A.H. sent a video from his phone, via Facebook, to J.M.G.M. of a small plastic bag filled with four blue M30 pills and white suspected Xanax bars. The following screenshot depicts those pills:



A.H. explained that he was with GARCIA at GARCIA's residence when GARCIA told A.H. to take a video of the bag of pills and send it to J.M.G.M. A.H. said he only saw the pills when he took the video and sent it to J.M.G.M. A.H. confirmed that these were the same pills that GARCIA sold to J.M.G.M.

A.H. explained that he was at a party with R.M. in Holtville, California when GARCIA delivered the four pills to J.M.G.M. at his residence. A.H. was video chatting with J.M.G.M. and helping to guide him while J.M.G.M. waited for GARCIA to show up with the pills. They continued the chat until GARCIA arrived. Agents have located communications between GARCIA and A.H. and communications from J.M.G.M. to A.H. that confirm that GARCIA delivered the pills to J.M.G.M.'s residence on October 6, 2019 and that A.H. served as a middle-man for the deal.

In particular, A.H. sent GARCIA screenshots of conversations he was having contemporaneously with J.M.G.M. that show that A.H. was the middle-man in the transaction. On October 6, 2019, at approximately 5:00 p.m., A.H., using Facebook Messenger, reached out to GARCIA to set up the deal. At the same time, A.H. was in contact with J.M.G.M. to facilitate the exchange.

In the September-November 2019 time frame, before and after J.M.G.M.'s death, GARCIA's Facebook account evidences his narcotics dealing including, in particular, his selling of fentanyl. For example, on October 2, 2019, GARCIA messaged an individual that, "I got white g. trynna get rid of it." Based on my knowledge, training and experience and the context of GARCIA's messages, his references to "white" are to methamphetamine. Shortly thereafter, GARCIA messaged the same individual, "M30s too." Based on my training, experience and knowledge of this investigation, I know that the reference to "M30s" is a reference to counterfeit oxycodone pills or "blues"; those pills are typically laced with fentanyl. On September 12, 2019, a narcotics customer messaged GARCIA and asked, "Can you bring a dime of "white". Similarly, on September 14, 2019, the same individual messaged GARCIA saying, "I wanted to see if yu can sell me 5". GARCIA replied, "5 worth of white or [...]" The customer responded, "Yeah" and "[c]an you bring it if yu close by".

Beginning on, or about, September 12, 2019, GARCIA had a series of conversations with "R.M." during which GARCIA asked for R.M.'s assistance selling Xanax and a gram of "white." On September 12th, GARCIA told R.M., "I need you to do some. runs for. me."

R.M. replied, "I got u." On September 13, 2019, R.M. told GARCIA, "I sold the 4 xans [Xanax] u gave me." Later that day, R.M. messaged GARCIA that, "I'll hit you up after school."

On October 2, 2019, GARCIA messaged one of his customers asking, "Aye you need M30s." On October 11th, after J.M.G.M.'s death, the customer replied, "Are there still any M30s?" GARCIA replied, "I had some ima get more." GARCIA also indicated he would sell these for "8 each." On October 11th, the same customer asked, "Are they the ones with fentanyl[?]" GARCIA replied, "Light blue ones." Subsequently, on that day, the customer told GARCIA that, "I am going to want 5 or 6." Then, GARCIA did not respond. After several more messages indicating she wanted pills, including an October 12th message, that female customer wrote to GARCIA, "I want to buy 3 M30s." GARCIA then asked, "[w]hat is your snap[?]" At that time, GARCIA ceased responding to her messages over Facebook. Their dialogue continued over Snapchat. GARCIA agreed to sell her the pills telling her that, "It's gonna be 30 for 4." She replied, "ok."

In addition to Facebook, among other photos on GARCIA's phone was one of a pile of blue pills that further evidences his dealing of the M30s and that he had a ready supply. That photo is depicted below:



On December 6, 2019, GARCIA was taken into state custody on an active state arrest warrant. On that day, at approximately 1:55 p.m., Agents read GARCIA his *Miranda* rights in English and he indicated that he understood his rights both verbally and in writing and was willing to provide a voluntary statement. GARCIA said he was a member of the West Side Centro gang until he turned 19 years old. GARCIA provided verbal and written consent to search his cell phone. GARCIA claimed that a large knife he was carrying in a

concealed manner at the time of his arrest was for his job as a field worker to cut down crops. GARCIA claimed he found bagged methamphetamine discovered on his person upon arrest on the ground during the walk from his house to the intersection at which he was arrested, but admitted that marijuana, found on his person, belonged to him. GARCIA said he stayed in the living room area and slept on the couch at his mother's residence.

GARCIA initially claimed that he was not a drug user and denied that he had ever sold any drugs. GARCIA specifically denied selling M30 pills but said he knew someone in Mexicali that had giant bags full of them. GARCIA said that he knew how dangerous the blue M30 pills were because of the fentanyl present in them so he stayed away from them. GARCIA claimed he knew about fentanyl from the movies and then admitted he had previously tried a half of a blue M30 fentanyl pill about a year earlier and that it had almost killed him.

When shown the picture of J.M.G.M., Garcia admitted that he knew him through his friend R.M. GARCIA said R.M. was close with J.M.G.M. and A.H. GARCIA identified a photo of A.H. GARCIA then denied ever selling M30 or Xanax pills to R.M. or anyone else. Agents then confronted GARCIA with Facebook conversations between GARCIA and R.M. that showed them discussing M30 and Xanax pills, conversations about restocking pills, conversations about R.M. selling to his friends and those in school and a conversation regarding a friend that had died. That conversation took place one day after J.M.G.M.'s death. GARCIA then acknowledged that these conversations were real. He admitted he sold pills to R.M. for R.M. to sell to his friends in high school. GARCIA said that he provided R.M. pills at least 10-12 times in quantities of approximately 10 pills at a time. GARCIA said that A.H. asked R.M. to get M30 pills from GARCIA. GARCIA said that he provided the blue M30 fentanyl pills to R.M. who, in turn, provided them to A.H., who then provided them to J.M.G.M. GARCIA claimed that he instructed R.M. and A.H. to take only half or a quarter pill because he knew how powerful and dangerous fentanyl was. GARCIA initially claimed he never met or was in contact with J.M.G.M.

After being confronted with the above-described communications, GARCIA admitted that he provided the M30 pills to J.M.G.M. at the beginning of October. GARCIA also explained that R.M. and A.H. blamed him for J.M.G.M.'s death.

Agents asked GARCIA about the Facebook conversation between GARCIA and another individual that took place one day after J.M.G.M.'s death. That other person sent a photo of J.M.G.M. saying, "It is him." GARCIA responded "Yah" followed by "Call me." GARCIA claimed that he had that person call him because he was feeling guilty about J.M.G.M.'s death and wanted to talk about it.

Throughout the interview, agents shared conversations between GARCIA and other Facebook users in which GARCIA discussed selling different kinds of drugs as well as pictures of the drugs. GARCIA confirmed that the conversations were accurate. The drugs included cocaine, M30 pills, Xanax pills, crystal methamphetamine and marijuana. At approximately 3:27 p.m., GARCIA's statement ended.

Based on an examinations of the relevant telephones in this case, the Facebook and other communications reviewed, witness interviews, GARCIA's post-*Miranda* statement, and other investigative efforts, no other suppliers of fentanyl to J.M.G.M. were identified who may have provided fentanyl to J.M.G.M. in close temporal proximity to his death. Based on the foregoing, GARCIA distributed the fatal dose of fentanyl to J.M.G.M.

First: Lorenzo    Mid. Anthony    Last: GARCIA    - _____

Case No. _____

RAP SHEET SUMMARY CHART

| Conviction Date | Conviction Court | Charge | Prison Term | Points |
|---|---|---|---|---|
| 09-28-2018 | CA/Imperial | Probation Violation | | |
| 07-31-2018 | CA/Brawley | Violation of Crt Order | | |
| | | Domestic Violence | | |
| | | Probation Violation | | |
| 05-17-2018 | CA/El Centro | Threaten Crime w/ Intent to Terorize | | |
| 01-19-2016 | CA/El Centro | Carry Concealed Dagger | | |
| 10-07-2015 | CA/El Centro | Vandalism | | |
| | | ON PAROLE/PROBATION | YES | |
| | | TOTAL POINTS | 0 | |
| | | CRIMINAL HISTORY CATEGORY | | |
| | | DEPORTATIONS | | |
| | | DATE OF MOST RECENT DEPORTATION | | |